IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02232-AP

JENNIFER A. RODEWALD,

        Plaintiff,

    v.

JO ANNE B. BARNHART, Commissioner of Social Security,

        Defendant.

---

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

---

**1.  APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

<u>For Plaintiff</u>:
RICK P. SAUER, ESQ.
700 Macon Ave.
Canon City, CO 81212
(719) 275-7591
(719) 275-6165 (fax)

<u>For Defendant</u>:
THOMAS H. KRAUS
Special Assistant United States Attorney

*Mailing Address:*
1961 Stout Street, Suite 1001A
Denver, Colorado  80294
 (303) 844-0017
(303) 844-0770 (fax)

*Street Address:*
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
(303) 454-0100

**2.  STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.  DATES OF FILING OF RELEVANT PLEADINGS**

     **A.**     **Date Complaint Was Filed: 11/3/05**

     **B.**     **Date Complaint  Was Served on U.S. Attorney's Office: 11/21/05**

     **C.**     **Date Answer and Administrative Record Were Filed: 1/19/06**

**4.  STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

**There are no issues with the accuracy or completeness of the administrative record.**

**5.  STATEMENT REGARDING ADDITIONAL EVIDENCE**

**None anticipated.**

**6.  STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

**This case does not involve unusually complicated or out-of-the-ordinary claims.**

**7.  OTHER MATTERS**

**None.**

**8.  PROPOSED BRIEFING SCHEDULE**

     **A.**     **Plaintiff's Opening Brief Due:  May 8, 2006**

     **B.**     **Defendant's  Response Brief Due:   June 5, 2006**

     **C.**     **Plaintiff's  Reply Brief (If Any) Due: June 19, 2006**

**9.  STATEMENTS REGARDING ORAL ARGUMENT**

> **A.      Plaintiff's Statement: Oral Argument not requested.**

> **B.      Defendant's Statement:  Oral Argument not requested.**

**10.  CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

> **A.      (  )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

> **B.      (X)  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.  OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.  AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that  the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this <u>31st</u>  day of <u>March </u>, 2006.

BY THE COURT:


 <u>S/John L. Kane               </u>
U.S. DISTRICT COURT JUDGE

APPROVED:

UNITED STATES ATTORNEY


s/Rick P. Sauer
By: RICK P. SAUER
700 Macon Ave.
Canon City, CO 81212
(719) 275-7591
(719) 275-6165 (fax)
ricksauer@msn.com

Attorney for Plaintiff

s/Thomas H. Kraus
By: THOMAS H. KRAUS
Special Assistant U.S. Attorney

*Mailing Address:*
1961 Stout St., Suite 1001A
Denver, Colorado  80294
Telephone:  (303) 844-0017
tom.kraus@ssa.gov

*Street Address:*
United States Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado  80202
Telephone:  (303) 454-0100

Attorney for Defendant(s)