IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **05-cv-2232-AP**

**JENNIFER A. RODEWALD,**

        Plaintiff,

v.

**JO ANNE B. BARNHART, Commissioner of Social Security,**

        Defendant.

## AMENDED ORDER OF REMAND

Kane, J.

This matter is before the Court on Defendant's Unopposed Motion to Remand (doc. #17), filed July 25, 2006. This Court has reviewed the file and considered the motion. It is hereby

**ORDERED** that the motion is **GRANTED**. This civil action is remanded to Defendant for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). In consideration of Plaintiff's Supplemental Response to Defendants Motion to Remand (doc. #20), also filed July 25, 2006, it is **FURTHER ORDERED** that this case shall be assigned to a different Administrative Law Judge.

Dated:  July 25, 2006

                                    BY THE COURT:

                                    S/**John L. Kane**
                                    SENIOR JUDGE,
                                    UNITED STATES DISTRICT COURT