IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **05-cv-2232-AP**

**JENNIFER A. RODEWALD,**

      Plaintiff,

v.

**JO ANNE B. BARNHART, Commissioner of Social Security,**

      Defendant.

## ORDER

Kane, J.

The Motion for Order Approving Stipulation of Award of Reasonable Attorney Fees Under the Equal Access to Justice Act (doc. #25), filed September 6, 2006, and Plaintiff's Motion for Attorney Fees (doc. #26), filed September 7, 2006, are **GRANTED**. In consideration thereof, it is

**ORDERED** that the Defendant pay to Plaintiff reasonable attorney fees in the amount of **$4,250.00**.

Dated at Denver, Colorado, this 7th day of September, 2006.

                BY THE COURT:

                **S/John L. Kane**
                JOHN L. KANE, SENIOR JUDGE
                UNITED STATES DISTRICT COURT